IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

NOAH BEVERLY,  CASE NO. 2:05-cv-735
 CRIM. NO. 2:99-cr-104(2)
 JUDGE GRAHAM
      Petitioner,  Magistrate Judge Abel

v.

UNITED STATES OF AMERICA,

      Respondent.

## OPINION AND ORDER

On November 24, 2006, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. §2255 Although the parties were specifically informed of their right to object to the *Report and Recommendation*, and of the consequences of their failure to do so, there has nevertheless been no objection to the *Report and Recommendation.*

The *Report and Recommendation* is hereby ADOPTED AND AFFIRMED. This action is hereby DISMISSED.

It is so ORDERED.

                              s/James L. Graham
                              JAMES L. GRAHAM
                              United States District Judge

DATE:  December 18, 2006